FILED

06/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0026

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

THOMAS JOSEPH MAHAN,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 26, 2020, within which to prepare, serve, and file its response brief.

JB

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 22 2020